UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)
CIVIL ACTION NO. 5:18-cv-00020-JMH

In re: 514 Greenbriar Drive, Nicholasville, Kentucky 40356

**UNITED STATES OF AMERICA**                                                                    **PLAINTIFF**

**VS.**

**STEPHANIE HARRIS (A/K/A STEPHANIE ANDRE, A/K/A STEPHANIE HARRIS ANDRE),**
**UNKNOWN SPOUSE OF STEPHANIE HARRIS (A/K/A STEPHANIE ANDRE, A/K/A STEPHANIE HARRIS ANDRE),**
**CHASE MANHATTAN MORTGAGE CORPORATION,**
**PAUL DAVIS SYSTEMS OF LEXINGTON, INC., D/B/A PAUL DAVIS RESTORATION OF LEXINGTON,**
**CENTRAL KENTUCKY MANAGEMENT SERVICES, INC. and**
**LVNV FUNDING LLC**                                            **DEFENDANTS**

## ORDER

\* \* \* \* \* \*

This matter having come before the Court upon the Motion of the United States for the issuance of a Writ of Assistance pursuant to Rule 70 of the Federal Rules of Civil Procedure, and the Court having considered the Motion and its record herein, and being otherwise sufficiently advised, it is hereby

ORDERED, ADJUDGED and DECREED herein as follows:

That the Plaintiff's Motion for the issuance of a Writ of Assistance is hereby GRANTED, and the Writ of Assistance shall be issued simultaneously herewith.

Date: _____                                                _____
                                                                                                **Hon. Joseph M. Hood**
                                                                                                U.S. District Judge - Eastern District of Kentucky

Prepared by:


By: /s/ Lauren B. Durham
Attorney for the Plaintiff:
James S. Watson/ Lauren B. Durham
Foreman Watson Holtrey, LLP
530 Frederica Street
Owensboro, KY 42301
Phone: (270)689-2424
Fax: (270)689-2420


Distribution:

1 copy:
United States Marshal
Defendants

ECF Notification: Plaintiff